## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| CLEMENTE ALCANTARA and | ) | CASE NO. 12-39487 |
| BLANCA ALCANTARA, | ) | |
| | ) | JUDGE CASSLING |
| DEBTORS. | ) | HEARING DATE:  11/22/13 |
| | ) | 9:30 AM |

### NOTICE OF MOTION

To:  See Service List

**PLEASE TAKE NOTICE** that on November 22, 2013, at the hour of 9:30 A.M., we shall appear before the Honorable Donald R. Cassling, U.S. Bankruptcy Judge, in Courtroom 4016 at the DuPage County Courthouse, 505 North County Farm Road, Wheaton, Illinois 60187, or any other judge sitting in his place and stead, and then and there present Trustee's Motion to Sell Real Condominium, a copy of which is hereby served upon you.

*AT WHICH TIME AND PLACE YOU MAY APPEAR AND BE HEARD*

David R. Brown
Springer, Brown, Covey, Gaertner & Davis, LLC
400 South County Farm Road
Suite 330
Wheaton, IL 60187
P: 630-510-0000
F: 630-510-0004
Email: dbrown@springerbrown.com

### CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a copy of the above and foregoing was served upon the parties listed either by ECF service or by depositing a copy thereof in the United States Mail at Wheaton, Illinois, first class postage prepaid, on November 6, 2013, as indicated.

/s/ David R. Brown /s/
_____

SERVICE LIST

**ECF Service:**

Patrick S. Layng, Esq.
United States Trustee
USTPRegion11.ES.ECF@usdoj.gov

Joseph C. Michelotti, Esq.
Michelotti & Associates
joe@michelottilaw.com

**U.S. Mail Service:**

Clemente Alcantara
Blanca Alcantara
7829 Hiawatha court
Woodridge, IL 60517

Julio E. Lopez
Century 21 T K
861 West Lake Street
Addison, IL 60101

Bank of America N.A.
450 American Street
Simi Valley, CA 93065

Bank of America, NA
PO Box 650070
Dallas, TX 75265

Green Tree Mortgage
PO Box 6172
Rapid City, SD 57709

Discover
PO Box 15316
Wilmington, DE 19850

Portfolio
120 Corporate Boulevard
Suite 1
Norfolk, VA 23502

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| CLEMENTE ALCANTARA and | ) | CASE NO. 12-39487 |
| BLANCA ALCANTARA, | ) | |
| | ) | JUDGE CASSLING |
| DEBTORS. | ) | HEARING DATE:  11/22/13 |
| | ) | 9:30 AM |

**MOTION TO SELL REAL ESTATE**

NOW COMES David R. Brown, Trustee ("Trustee"), by his attorneys, Springer Brown, LLC, and in support of his Motion to Sell Real Estate pursuant to Bankruptcy Code Section 363(f)(3), respectfully represents as follows:

1. This case is currently pending under Chapter 7 of the U.S. Bankruptcy Code, and Movant is the duly appointed and qualified trustee herein.

2. Among the assets in this estate is Debtors' ownership interest in a condominium commonly known as 2413 Spring Street, Unit 4701, Woodridge, IL 60517 (the "Condo"), scheduled as having a value of $82,000.00 and having no mortgage.

3. Pursuant to an Order of this Court, Trustee has previously listed the Condo for sale with Juan E, Lopez of Century 212 T K Realty at an original listing price of $60,000.00.

4. Trustee has received a Real Estate Contract for purchase of the Condo (the "Offer") from Rafique & Naseema Mota for the sum of $42,500.00, a true copy of which is attached hereto and incorporated herein.

5. The Condo has been actively marketed through the Multiple Listing Service, and the Offer is the highest and best offer Trustee has received. Therefore, Trustee believes that the sale of the Condo pursuant to the Offer is in the best interests of this estate and its creditors.

6. Trustee seeks further authority to pay at closing all usual and customary closing costs and pro-rations, a 5% real estate commission to Century 21 T K Realty, and any amounts due the condominium association.

7. In light of the projected closing date of December 6, 2013 and the fact that this Court is not sitting on November 29, 2013, Trustee further requests that the twenty-one day notice of proposed sale required by Rule 2002 of the Federal Rules of Bankruptcy Procedure be reduced to sixteen day notice.

WHEREFORE Trustee prays for entry of an order (1) authorizing Trustee to sell the Condo, free and clear of liens and encumbrances, to Rafique and Naseema Mota for the sum of $42,500.00 pursuant to the terms and conditions of the Contract; (2) authorizing Trustee to execute all such documents and instruments as are necessary and appropriate to consummate the sale of the residence, (3) authorizing Trustee to pay at closing all usual and customary closing costs and pro-rations, a 5% real estate commission to Century 21 T K Realty, and any amounts due the condominium association; and (4) reducing the twenty-one day notice requirement of Rule 2002 of the FRBP to sixteen days for cause shown.

Respectfully submitted,
David R. Brown, Trustee

/s/ David R. Brown /s/
_____
Attorney for the Trustee

David R. Brown
Springer Brown, LLC
400 South County Farm Road, Suite 330
Wheaton, IL 60187
P: 630-510-0000
Email: dbrown@springerbrown.com