**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern  DIVISION**

| | | |
|---|---|---|
| In re:  ALCANTARA, CLEMENTE | § | Case No. 12-39487 |
| ALCANTARA, BLANCA | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 10/04/2012. The undersigned trustee was appointed on 10/04/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          42,500.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 9,690.74 |
| Administrative expenses | 12,152.66 |
| Bank service fees | 414.43 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of          1          $ | 20,242.17 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/11/2014 and the deadline for filing governmental claims was 04/11/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,000.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,000.00, for a total compensation of $5,000.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/10/2015 _____      By: /s/ David R. Brown _____
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

_____
[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:       3

**Case No.:**   12-39487

**Case Name:**   ALCANTARA, CLEMENTE
ALCANTARA, BLANCA

**For Period Ending:**   03/10/2015

**Trustee Name:**   (330580) David R. Brown

**Date Filed (f) or Converted (c):**   10/04/2012 (f)

**§ 341(a) Meeting Date:**   12/11/2012

**Claims Bar Date:**   04/11/2014

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 7829 Hiawatha parkway Wood Ridge Il 60517 <br> FMV on Amended Schedule is $166,425 | 172,046.00 | 0.00 | | 0.00 | FA |
| 2 | 2409 Spring St Apt 4801 Wood Ridge Illinois 6051 <br> FMV on Amended Schedule is $79,000 | 69,804.00 | 0.00 | | 0.00 | FA |
| 3 | 2437 Spring St # 4104 Wood Ridge Illinois 60517 <br> FMV on Amended Schedule is $106,000 | 74,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2560 Waterburry Dr # 1803 Wood Ridge Illinois 60 <br> FMV on Amended Schedule is $77,000 | 73,035.00 | 0.00 | | 0.00 | FA |
| 5 | 2548 Waterburry Dr #1803 Wood Ridge Illinois 605 | 73,035.00 | 0.00 | | 0.00 | FA |
| 6 | 2304 Apache Woodridge, IL <br> FMV on Amended Schedule is $206,062 | 206,062.00 | 0.00 | | 0.00 | FA |
| 7 | Fifth Third Bank Account 9037 | 1,267.00 | 0.00 | | 0.00 | FA |
| 8 | Furniture | 600.00 | 0.00 | | 0.00 | FA |
| 9 | All clothes | 700.00 | 0.00 | | 0.00 | FA |
| 10 | 2000 Ford Explorer | 3,981.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:       4

**Case No.:**   12-39487

**Case Name:**   ALCANTARA, CLEMENTE
ALCANTARA, BLANCA

**For Period Ending:**   03/10/2015

**Trustee Name:**   (330580) David R. Brown

**Date Filed (f) or Converted (c):**   10/04/2012 (f)

**§ 341(a) Meeting Date:**   12/11/2012

**Claims Bar Date:**   04/11/2014

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11 | 2004 Ford Explorer | 5,568.00 | 0.00 | | 0.00 | FA |
| 12 | 2413 Spring Road, Unit 2701, Woodridge, IL (u) | 60,000.00 | 60,000.00 | | 42,500.00 | FA |
| 13 | Post-Petition Interest Deposits (u) | Unknown | Unknown | | 0.00 | Unknown |
| | **Assets        Totals**      (Excluding unknown values) | **$740,098.00** | **$60,000.00** | | **$42,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee awaiting tax returns to be prepared and filed. [MSpringer 2013-10-08 18:15:50]

**Initial Projected Date Of Final Report (TFR):**       06/30/2014

**Current Projected Date Of Final Report (TFR):**       03/10/2015

**UST Form 101-7-TFR (5/1/2011)**

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 12-39487 | |
| **Case Name:** | ALCANTARA, CLEMENTE<br>ALCANTARA, BLANCA | |
| **Taxpayer ID #:** | **-***0585 | |
| **For Period Ending:** | 03/10/2015 | |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account #:** | **********7522 - Checking |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/30/2013 | | First American Title Ins. Company | sale of real estate | | 20,698.60 | | 20,698.60 |
| | {12} | First American Title Ins. Company | sale of real estate<br>$42,500.00 | 1210-000 | | | 20,698.60 |
| | | First American Title Ins. Company | sale of real estate<br>-$2,613.84 | 4120-000 | | | 20,698.60 |
| | | First American Title Ins. Company | sale of real estate<br>-$5,000.00 | 4120-000 | | | 20,698.60 |
| | | First American Title Ins. Company | sale of real estate<br>-$1,620.00 | 2500-000 | | | 20,698.60 |
| | | First American Title Ins. Company | sale of real estate<br>-$2,076.90 | 4220-000 | | | 20,698.60 |
| | | First American Title Ins. Company | sale of real estate<br>-$2,125.00 | 3510-000 | | | 20,698.60 |

*{} Asset Reference(s)*     **UST Form 101-7-TFR (5/1/2011)**                                    *! - transaction has not been cleared*

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| **Case No.:** | 12-39487 | **Trustee Name:** | David R. Brown (330580) |
| **Case Name:** | ALCANTARA, CLEMENTE<br>ALCANTARA, BLANCA | **Bank Name:** | The Bank of New York Mellon |
| **Taxpayer ID #:** | **-***0585 | **Account #:** | **********7522 - Checking |
| **For Period Ending:** | 03/10/2015 | **Blanket Bond (per case limit):** | $77,173,558.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| | | First American Title Ins. Company | sale of real estate<br>-$171.25 | 2820-000 | | | 20,698.60 |
| | | First American Title Ins. Company | sale of real estate<br>-$8,194.41 | 6820-000 | | | 20,698.60 |
| 02/04/2014 | 1001 | INTERNATIONAL SURETIES, LTD. | bond premium | 2300-000 | | 30.00 | 20,668.60 |
| 02/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 28.78 | 20,639.82 |
| 03/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 27.73 | 20,612.09 |
| 04/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 30.64 | 20,581.45 |
| 05/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 29.61 | 20,551.84 |
| 06/06/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 30.55 | 20,521.29 |

{} Asset Reference(s)        UST Form 101-7-TFR (5/1/2011)                                                          ! - transaction has not been cleared

Exhibit B

## Form 2

Page:  7

## Cash Receipts And Disbursements Record

| **Case No.:** | 12-39487 | **Trustee Name:** | David R. Brown (330580) |
|---|---|---|---|
| **Case Name:** | ALCANTARA, CLEMENTE<br>ALCANTARA, BLANCA | **Bank Name:** | The Bank of New York Mellon |
| **Taxpayer ID #:** | **-***0585 | **Account #:** | **********7522 - Checking |
| **For Period Ending:** | 03/10/2015 | **Blanket Bond (per case limit):** | $77,173,558.00 |
|  |  | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/08/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 29.52 | 20,491.77 |
| 08/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 30.47 | 20,461.30 |
| 09/08/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 30.42 | 20,430.88 |
| 10/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 29.40 | 20,401.48 |
| 11/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 30.33 | 20,371.15 |
| 12/05/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 29.31 | 20,341.84 |
| 01/08/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 30.24 | 20,311.60 |
| 02/06/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 30.20 | 20,281.40 |
| 02/11/2015 | 1002 | ARTHUR B. LEVINE COMPANY | bond No. 10BSBGR6291 | 2300-000 | | 12.00 | 20,269.40 |

{} Asset Reference(s)     **UST Form 101-7-TFR (5/1/2011)**                                                     ! - transaction has not been cleared

Exhibit B

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 12-39487 |
| **Case Name:** | ALCANTARA, CLEMENTE<br>ALCANTARA, BLANCA |
| **Taxpayer ID #:** | **-***0585 |
| **For Period Ending:** | 03/10/2015 |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account #:** | **********7522 - Checking |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/06/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 27.23 | 20,242.17 |

|  |  |  |  |
|---|---|---|---|
| **COLUMN TOTALS** | 20,698.60 | 456.43 | $20,242.17 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 20,698.60 | 456.43 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $20,698.60 | $456.43 | |

*{} Asset Reference(s)*    **UST Form 101-7-TFR (5/1/2011)**    *! - transaction has not been cleared*

Exhibit B

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| Case No.: | 12-39487 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | ALCANTARA, CLEMENTE ALCANTARA, BLANCA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0585 | Account #: | ******5466 - Checking |
| For Period Ending: | 03/10/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | | | | | |

(No transactions on file for this period)

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $0.00 | |

{} Asset Reference(s)      **UST Form 101-7-TFR (5/1/2011)**                    *! - transaction has not been cleared*

**Exhibit B**

# Form 2

Page:   10

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 12-39487 | **Trustee Name:** | David R. Brown (330580) |
| **Case Name:** | ALCANTARA, CLEMENTE<br>ALCANTARA, BLANCA | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***0585 | **Account #:** | ******5466 - Checking |
| **For Period Ending:** | 03/10/2015 | **Blanket Bond (per case limit):** | $77,173,558.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $20,698.60 |
| Plus Gross Adjustments: | $21,801.40 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| | $42,500.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| **********7522 - Checking | $20,698.60 | $456.43 | $20,242.17 |
| ******5466 - Checking | $0.00 | $0.00 | $0.00 |
| | **$20,698.60** | **$456.43** | **$20,242.17** |

UST Form 101-7-TFR (5/1/2011)

**Exhibit C**

**Exhibit C**

**Case: 12-39487**                          **CLEMENTE ALCANTARA AND BLANCA**

Claims Bar Date: 04/11/14

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| FEE | DAVID R. BROWN<br>400 SOUTH COUNTY FARM ROAD<br>Wheaton, IL 60187<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>10/04/12 | | $5,000.00<br>$5,000.00 | $0.00 | $5,000.00 |
| | SPRINGER BROWN, LLC<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>10/04/12 | | $6,984.50<br>$6,984.50 | $0.00 | $6,984.50 |
| 1 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>MEMO: Account# 0978 | Unsecured<br>01/14/14 | | $3,238.78<br>$3,238.78 | $0.00 | $3,238.78 |
| 1-1 | Discover Bank DB Servicing Corporation,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/14/14 | | $3,238.78<br>$3,238.78 | $0.00 | $3,238.78 |
| 2 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>MEMO: Account# 6442 | Unsecured<br>01/14/14 | | $8,309.85<br>$8,309.85 | $0.00 | $8,309.85 |
| 2-1 | Discover Bank DB Servicing Corporation,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/14/14 | | $8,309.85<br>$8,309.85 | $0.00 | $8,309.85 |
| 3 | Ecast Settlement Corporation, Assig Of Fia Card Services, N.A.<br>Pob 29262<br>New York, NY 10087-9262<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>MEMO: Account# 5900 | Unsecured<br>01/15/14 | | $4,598.97<br>$4,598.97 | $0.00 | $4,598.97 |

UST Form 101-7-TFR (5/1/2011)

## Exhibit C

## Exhibit C

**Case: 12-39487**                        **CLEMENTE ALCANTARA AND BLANCA**

Claims Bar Date: 04/11/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3-1 | eCAST Settlement Corporation, assignee of FIA Card Services, N.A., <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 01/15/14 | | $4,598.97 $4,598.97 | $0.00 | $4,598.97 |
| 4 | Ecast Settlement Corporation, Assig Of Citibank (South Dakota), N.A. Pob 29262 New York, NY 10087-9262 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 MEMO: Account# 6883 | Unsecured 01/15/14 | | $5,395.13 $5,395.13 | $0.00 | $5,395.13 |
| 4-1 | eCAST Settlement Corporation, assignee of Citibank (South Dakota), N.A., <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 01/15/14 | | $5,395.13 $5,395.13 | $0.00 | $5,395.13 |
| 5 | Bureaus Investment Group Portfolio C/O Recovery Management Systems Corp 25 Se 2Nd Avenue Suite 1120 Miami, FL 33131-1605 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 MEMO: Account# 3769 (5-1) HSBC CARD SERVICES, INC. | Unsecured 01/29/14 | | $1,021.05 $1,021.05 | $0.00 | $1,021.05 |
| 5-1 | Bureaus Investment Group Portfolio No 15 LLC c/o Recovery Management Systems Corp, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 01/29/14 | | $1,021.05 $1,021.05 | $0.00 | $1,021.05 |
| 6 | Fifth Third Bank P.O. Box 9013 Addison, TX 75001 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 MEMO: Account# 1055 | Unsecured 01/30/14 | | $5,420.09 $5,420.09 | $0.00 | $5,420.09 |
| 6-1 | Fifth Third Bank, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 01/30/14 | | $5,420.09 $5,420.09 | $0.00 | $5,420.09 |

## Exhibit C

## Exhibit C

| Case: | 12-39487 | | | CLEMENTE ALCANTARA AND BLANCA | | |
|---|---|---|---|---|---|---|

Claims Bar Date: 04/11/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | Jh Portfolio Debt Equities Llc C/O Jd Receivables Llc P.O. Box 382656 Germantown, TN 38183 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/03/14 | | $2,083.51 $2,083.51 | $0.00 | $2,083.51 |
| | MEMO: Account# 2459 | | | | | |
| 7-1 | JH Portfolio Debt Equities LLC c/o JD Receivables LLC, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/03/14 | | $2,083.51 $2,083.51 | $0.00 | $2,083.51 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC POB 41067 Norfolk, VA 23541 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 04/01/14 | | $9,828.75 $9,828.75 | $0.00 | $9,828.75 |
| | MEMO: Account# 0958 | | | | | |
| 8-1 | Portfolio Recovery Associates, LLC, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 04/01/14 | | $9,828.75 $9,828.75 | $0.00 | $9,828.75 |
| 9 | Portfolio Recovery Associates, Llc Successor To Fia Card Services, N.A. Po Box 41067 Norfolk, VA 23541 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 04/02/14 | | $6,688.02 $6,688.02 | $0.00 | $6,688.02 |
| | MEMO: Account# 3107 | | | | | |
| 9-1 | Portfolio Recovery Associates, LLC successor to FIA CARD SERVICES, N.A., <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 04/02/14 | | $6,688.02 $6,688.02 | $0.00 | $6,688.02 |
| 10 | Portfolio Recovery Associates, Llc Successor To Citibank (South Dakota), N. Po Box 41067 Norfolk, VA 23541 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 04/02/14 | | $3,390.00 $3,390.00 | $0.00 | $3,390.00 |
| | MEMO: Account# 7035 | | | | | |

**UST Form 101-7-TFR (5/1/2011)**

## Exhibit C

## Exhibit C

Case: 12-39487                               CLEMENTE ALCANTARA AND BLANCA

Claims Bar Date: 04/11/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10-1 | Portfolio Recovery Associates, LLC successor to CITIBANK (SOUTH DAKOTA), N., <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 04/02/14 | | $3,390.00 $3,390.00 | $0.00 | $3,390.00 |
| 11 | Portfolio Recovery Associates, Llc Successor To Citibank (South Dakota), N. Po Box 41067 Norfolk, VA 23541 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 MEMO: Account# 4361 | Unsecured 04/02/14 | | $2,303.74 $2,303.74 | $0.00 | $2,303.74 |
| 11-1 | Portfolio Recovery Associates, LLC successor to CITIBANK (SOUTH DAKOTA), N., <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 04/02/14 | | $2,303.74 $2,303.74 | $0.00 | $2,303.74 |
| 12 | Ge Capital Retail Bank C/O Recovery Management Systems Corporat 25 Se 2Nd Avenue, Suite 1120 Miami, FL 33131-1605 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 MEMO: Account# 0296 (12-1) MEIJER PLATINUM MC or GEMB | Unsecured 04/11/14 | | $4,142.76 $4,142.76 | $0.00 | $4,142.76 |
| 12-1 | GE Capital Retail Bank c/o Recovery Management Systems Corporat, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 04/11/14 | | $4,142.76 $4,142.76 | $0.00 | $4,142.76 |
| 13 | Portfolio Investments Ii Llc C/O Recovery Management Systems Corporat 25 Se 2Nd Avenue Suite 1120 Miami, FL 33131-1605 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 MEMO: Account# 1961 (13-1) Chase Bank USA, N.A. | Unsecured 04/11/14 | | $450.31 $450.31 | $0.00 | $450.31 |

UST Form 101-7-TFR (5/1/2011)

**Exhibit C**

**Exhibit C**

**Case:** **12-39487**                    **CLEMENTE ALCANTARA AND BLANCA**

Claims Bar Date: 04/11/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 13-1 | Portfolio Investments II LLC c/o Recovery Management Systems Corporat, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 04/11/14 | | $450.31 $450.31 | $0.00 | $450.31 |
| | | | **Case Total:** | | **$0.00** | **$125,726.42** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 12-39487
Case Name: CLEMENTE ALCANTARA AND
Trustee Name: David R. Brown

**Balance on hand:**       $                    20,242.17

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $           0.00
Remaining balance:                        $      20,242.17

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID R. BROWN | 5,000.00 | 0.00 | 5,000.00 |
| Attorney for Trustee Fees - SPRINGER BROWN, LLC | 6,984.50 | 0.00 | 6,984.50 |

Total to be paid for chapter 7 administrative expenses:   $      11,984.50
Remaining balance:                                        $       8,257.67

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:   $           0.00
Remaining balance:                                           $       8,257.67

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $            0.00

Remaining balance:   $      8,257.67

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $56,870.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | 3,238.78 | 0.00 | 470.27 |
| 2 | DISCOVER BANK | 8,309.85 | 0.00 | 1,206.59 |
| 3 | Ecast Settlement Corporation, Assig | 4,598.97 | 0.00 | 667.77 |
| 4 | Ecast Settlement Corporation, Assig | 5,395.13 | 0.00 | 783.37 |
| 5 | Bureaus Investment Group Portfolio | 1,021.05 | 0.00 | 148.26 |
| 6 | Fifth Third Bank | 5,420.09 | 0.00 | 787.00 |
| 7 | Jh Portfolio Debt Equities Llc | 2,083.51 | 0.00 | 302.53 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 9,828.75 | 0.00 | 1,427.14 |
| 9 | Portfolio Recovery Associates, Llc | 6,688.02 | 0.00 | 971.10 |
| 10 | Portfolio Recovery Associates, Llc | 3,390.00 | 0.00 | 492.23 |
| 11 | Portfolio Recovery Associates, Llc | 2,303.74 | 0.00 | 334.50 |
| 12 | Ge Capital Retail Bank | 4,142.76 | 0.00 | 601.53 |
| 13 | Portfolio Investments Ii Llc | 450.31 | 0.00 | 65.38 |

Total to be paid for timely general unsecured claims:   $      8,257.67

Remaining balance:   $            0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardily filed general unsecured claims:  $            0.00

Remaining balance:  $            0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims:  $            0.00

Remaining balance:  $            0.00