**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern DIVISION**

| | | |
|---|---|---|
| In re: ALCANTARA, CLEMENTE<br>ALCANTARA, BLANCA | §<br>§<br>§<br>§ | Case No. 12-39487 |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>David R. Brown</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

US Bankruptcy Court Clerk
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 28 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 06/05/2015 in Courtroom 240, Old Kane County Court House Courthouse, 100 S. Third Street, Geneva , IL 60134. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: <u>05/08/2015</u>         By: /s/ David R. Brown
                                              Title

David R. Brown
400 South County Farm Road
Suite 330
Wheaton, IL 60187

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern DIVISION**

In re: ALCANTARA, CLEMENTE § Case No. 12-39487
ALCANTARA, BLANCA §
§
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of :* | $ | 42,500.00 |
| *and approved disbursements of:* | $ | 22,257.83 |
| *leaving a balance on hand of[1]:* | $ | 20,242.17 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 20,242.17 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID R. BROWN | 5,000.00 | 0.00 | 5,000.00 |
| Attorney for Trustee Fees - SPRINGER BROWN, LLC | 6,984.50 | 0.00 | 6,984.50 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses: | $ | 11,984.50 |
| Remaining balance: | $ | 8,257.67 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| |
|---|
| None |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 8,257.67

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 8,257.67

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $113,741.92 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | 3,238.78 | 0.00 | 470.27 |
| 1-1 | Discover Bank DB Servicing Corporation | 3,238.78 | 0.00 | 0.00 |
| 2 | DISCOVER BANK | 8,309.85 | 0.00 | 1,206.59 |
| 2-1 | Discover Bank DB Servicing Corporation | 8,309.85 | 0.00 | 0.00 |
| 3 | Ecast Settlement Corporation, Assig | 4,598.97 | 0.00 | 667.77 |
| 3-1 | eCAST Settlement Corporation, assignee of FIA Card Services, N.A. | 4,598.97 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Ecast Settlement Corporation, Assig | 5,395.13 | 0.00 | 783.37 |
| 4-1 | eCAST Settlement Corporation, assignee of Citibank (South Dakota), N.A. | 5,395.13 | 0.00 | 0.00 |
| 5 | Bureaus Investment Group Portfolio | 1,021.05 | 0.00 | 148.26 |
| 5-1 | Bureaus Investment Group Portfolio No 15 LLC c/o Recovery Management Systems Corp | 1,021.05 | 0.00 | 0.00 |
| 6 | Fifth Third Bank | 5,420.09 | 0.00 | 787.00 |
| 6-1 | Fifth Third Bank | 5,420.09 | 0.00 | 0.00 |
| 7 | Jh Portfolio Debt Equities Llc | 2,083.51 | 0.00 | 302.53 |
| 7-1 | JH Portfolio Debt Equities LLC c/o JD Receivables LLC | 2,083.51 | 0.00 | 0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 9,828.75 | 0.00 | 1,427.14 |
| 8-1 | Portfolio Recovery Associates, LLC | 9,828.75 | 0.00 | 0.00 |
| 9 | Portfolio Recovery Associates, Llc | 6,688.02 | 0.00 | 971.10 |
| 9-1 | Portfolio Recovery Associates, LLC successor to FIA CARD SERVICES, N.A. | 6,688.02 | 0.00 | 0.00 |
| 10 | Portfolio Recovery Associates, Llc | 3,390.00 | 0.00 | 492.23 |
| 10-1 | Portfolio Recovery Associates, LLC successor to CITIBANK (SOUTH DAKOTA), N. | 3,390.00 | 0.00 | 0.00 |
| 11 | Portfolio Recovery Associates, Llc | 2,303.74 | 0.00 | 334.50 |
| 11-1 | Portfolio Recovery Associates, LLC successor to CITIBANK (SOUTH DAKOTA), N. | 2,303.74 | 0.00 | 0.00 |
| 12 | Ge Capital Retail Bank | 4,142.76 | 0.00 | 601.52 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 12-1 | GE Capital Retail Bank c/o Recovery Management Systems Corporat | 4,142.76 | 0.00 | 0.00 |
| 13 | Portfolio Investments Ii Llc | 450.31 | 0.00 | 65.39 |
| 13-1 | Portfolio Investments II LLC c/o Recovery Management Systems Corporat | 450.31 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 8,257.67
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

                              David R. Brown: /s/ David R. Brown
                              Trustee

David R. Brown
400 South County Farm Road
Suite 330
Wheaton, IL 60187

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                        United States Bankruptcy Court
                        Northern District of Illinois
```

In re:                                                              Case No. 12-39487-DRC
Clemente Alcantara                                                  Chapter 7
Blanca Alcantara
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: gbeemster          Page 1 of 2          Date Rcvd: May 11, 2015
                              Form ID: pdf006          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2015.
```
db/jdb         +Clemente Alcantara,    Blanca Alcantara,    7829 Hiawatha Court,    Woodridge, IL 60517-3507
aty            +Springer Brown, LLC,    Wheaton Executive Center,    400 S. County Farm Road,    Ste. 330,
                 Wheaton, IL 60187-4547
19613581       +Americas Servicing C,    8480 Stagecoach Cir,    Frederick, MD 21701-4747
19527671       +BAC Home Loans C/O,    Pierce & Associates,    One North Dearborn St.,    Chicago, IL 60602-4373
19613582       +Bank of America N,A,    POB 650070,    Dallas TX 75265-0070
19613580       +Bank of America N.A,    450 American ST,    Simi Valley CA 93065-6285
19957978       +Bank of America, N.A.,    C/O,    Pierce & Associates,    1 N. Dearborn Ste 1300,
                 Chicago, IL 60602-4373
19542620       +Bank of America, N.A., successor by merger to BAC,    C/O,    Pierce & Associates,
                 1 N. Dearborn Ste 1300,    Chicago, IL 60602-4373
21472756       +Fifth Third Bank,    P.O. Box 9013,    Addison, TX 75001-9013
19613583       +Green Tree Mortgage,    POB 6172,    Rapid City SD 57709-6172
21604179       +JH Portfolio Debt Equities LLC,    c/o JD Receivables LLC,    P.O. Box 382656,
                 Germantown, TN 38183-2656
21744368      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
19613585       +Portfolio,    120 Corporate Blvd Ste 1,    Nortfolk, VA 23502-4962
19575868        eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262
21415978        eCAST Settlement Corporation, assignee,    of Citibank (South Dakota), N.A.,    POB 29262,
                 New York, NY 10087-9262
21415977        eCAST Settlement Corporation, assignee,    of FIA Card Services, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21464641        E-mail/PDF: rmscedi@recoverycorp.com May 12 2015 00:46:40
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
19613584        E-mail/PDF: mrdiscen@discover.com May 12 2015 00:56:02     Discover,   POB 15316,
                 Wilmington DE 19850
21411547        E-mail/PDF: mrdiscen@discover.com May 12 2015 00:56:02     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
20731655        E-mail/PDF: gecsedi@recoverycorp.com May 12 2015 00:45:53     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
21784888        E-mail/PDF: rmscedi@recoverycorp.com May 12 2015 00:46:40     Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
20730177        E-mail/PDF: rmscedi@recoverycorp.com May 12 2015 00:46:25
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19548620*      +Bank of America, N.A., successor by merger to BAC,    C/O,    Pierce & Associates,
                 1 N. Dearborn Ste 1300,    Chicago, IL 60602-4373
21748174*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,
                 successor to CITIBANK (SOUTH DAKOTA), N.,    PO Box 41067,    Norfolk, VA 23541)
21748172*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,
                 successor to FIA CARD SERVICES, N.A.,    PO Box 41067,    Norfolk, VA 23541)
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2015                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: gbeemster            Page 2 of 2              Date Rcvd: May 11, 2015
                              Form ID: pdf006           Total Noticed: 22
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2015 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor    Bank of America, N.A., Successor by Merger to BAC Home
               Loans Servicing, LP fka Countrywide Home Loans Servicing, LP anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Andrew J Nelson    on behalf of Creditor    Bank of America, N.A. anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Annie W Lopez     on behalf of Creditor    U.S. Bank National Association... alopez@walinskilaw.com
              Dana N O'Brien    on behalf of Creditor    Bank of America, N.A. dobrien@atty-pierce.com,
               northerndistrict@atty-pierce.com
              David  Brown, ESQ    on behalf of Trustee David R Brown, ESQ dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              David R Brown, ESQ     dbrown@springerbrown.com,
               dbrown@ecf.epiqsystems.com;jill@springerbrown.com;IL84@ecfcbis.com
              Jeffrey S Dunn     jefdun@gmail.com
              Joseph C. Michelotti     on behalf of Joint Debtor Blanca  Alcantara joe@michelottilaw.com,
               i.got.ecfnotices@gmail.com
              Joseph C. Michelotti     on behalf of Debtor Clemente  Alcantara joe@michelottilaw.com,
               i.got.ecfnotices@gmail.com
              Jyothi R Martin    on behalf of Creditor    Bank of America, N.A. jramana@atty-pierce.com
              Meredith S Fox    on behalf of Trustee David R Brown, ESQ tspringer@springerbrown.com
              Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 12
```