**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  ALCANTARA, CLEMENTE | § | Case No. 12-39487 |
| | § | |
| ALCANTARA, BLANCA | § | |
| | § | |
| Debtor(s) | | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $680,098.00 | Assets Exempt: | $37,367.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $17,948.41 | Claims Discharged Without Payment: | $105,484.25 |
| Total Expenses of Administration: | $24,551.59 | | |

3) Total gross receipts of $42,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $42,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $9,690.74 | $9,690.74 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $11,984.50 | $16,357.18 | $16,357.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $8,194.41 | $8,194.41 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $113,741.92 | $113,741.92 | $8,257.67 |
| **TOTAL DISBURSEMENTS** | $0.00 | $125,726.42 | $147,984.25 | $42,500.00 |

4) This case was originally filed under chapter 7 on 10/04/2012.  The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:     09/29/2015

By: /s/ David R. Brown
                                Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2413 Spring Road, Unit 2701, Woodridge, IL | 1210-000 | $42,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$42,500.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | sale of real estate | 4120-000 | NA | NA | $2,613.84 | $2,613.84 |
| | sale of real estate | 4120-000 | NA | NA | $5,000.00 | $5,000.00 |
| | sale of real estate | 4220-000 | NA | NA | $2,076.90 | $2,076.90 |
| | **TOTAL SECURED** | | **$0.00** | **$0.00** | **$9,690.74** | **$9,690.74** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | 2100-000 | NA | $5,000.00 | $5,000.00 | $5,000.00 |
| SPRINGER BROWN, LLC | 3110-000 | NA | $6,984.50 | $6,984.50 | $6,984.50 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | NA | $12.00 | $12.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | NA | $30.00 | $30.00 |
| sale of real estate | 2500-000 | NA | NA | $1,620.00 | $1,620.00 |
| The Bank of New York Mellon | 2600-000 | NA | NA | $414.43 | $414.43 |
| sale of real estate | 2820-000 | NA | NA | $171.25 | $171.25 |
| sale of real estate | 3510-000 | NA | NA | $2,125.00 | $2,125.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$0.00** | **$11,984.50** | **$16,357.18** | **$16,357.18** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| sale of real estate | 6820-000 | NA | NA | $8,194.41 | $8,194.41 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$0.00** | **$8,194.41** | **$8,194.41** |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-1 | Discover Bank DB Servicing Corporation | 7100-000 | NA | $3,238.78 | $3,238.78 | $0.00 |
| 1 | DISCOVER BANK | 7100-000 | $0.00 | $3,238.78 | $3,238.78 | $470.27 |
| 2-1 | Discover Bank DB Servicing Corporation | 7100-000 | NA | $8,309.85 | $8,309.85 | $0.00 |
| 2 | DISCOVER BANK | 7100-000 | $0.00 | $8,309.85 | $8,309.85 | $1,206.59 |
| 3 | Ecast Settlement Corporation, Assig | 7100-000 | $0.00 | $4,598.97 | $4,598.97 | $667.77 |
| 3-1 | eCAST Settlement Corporation, assignee of FIA Card Services, N.A. | 7100-000 | NA | $4,598.97 | $4,598.97 | $0.00 |
| 4 | Ecast Settlement Corporation, Assig | 7100-000 | $0.00 | $5,395.13 | $5,395.13 | $783.37 |
| 4-1 | eCAST Settlement Corporation, assignee of Citibank (South Dakota), N.A. | 7100-000 | NA | $5,395.13 | $5,395.13 | $0.00 |
| 5 | Bureaus Investment Group Portfolio | 7100-000 | $0.00 | $1,021.05 | $1,021.05 | $148.26 |
| 5-1 | Bureaus Investment Group Portfolio No 15 LLC c/o Recovery Management Systems Corp | 7100-000 | NA | $1,021.05 | $1,021.05 | $0.00 |
| 6-1 | Fifth Third Bank | 7100-000 | NA | $5,420.09 | $5,420.09 | $0.00 |
| 6 | Fifth Third Bank | 7100-000 | $0.00 | $5,420.09 | $5,420.09 | $787.00 |
| 7 | Jh Portfolio Debt Equities Llc | 7100-000 | $0.00 | $2,083.51 | $2,083.51 | $302.53 |
| 7-1 | JH Portfolio Debt Equities LLC c/o JD Receivables LLC | 7100-000 | NA | $2,083.51 | $2,083.51 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | $0.00 | $9,828.75 | $9,828.75 | $1,427.14 |

UST Form 101-7-TDR ( 10 /1/2010)

| 8-1 | Portfolio Recovery Associates, LLC | 7100-000 | NA | $9,828.75 | $9,828.75 | $0.00 |
|---|---|---|---|---|---|---|
| 9-1 | Portfolio Recovery Associates, LLC successor to FIA CARD SERVICES, N.A. | 7100-000 | NA | $6,688.02 | $6,688.02 | $0.00 |
| 9 | Portfolio Recovery Associates, Llc | 7100-000 | $0.00 | $6,688.02 | $6,688.02 | $971.10 |
| 10-1 | Portfolio Recovery Associates, LLC successor to CITIBANK (SOUTH DAKOTA), N. | 7100-000 | NA | $3,390.00 | $3,390.00 | $0.00 |
| 10 | Portfolio Recovery Associates, Llc | 7100-000 | $0.00 | $3,390.00 | $3,390.00 | $492.23 |
| 11-1 | Portfolio Recovery Associates, LLC successor to CITIBANK (SOUTH DAKOTA), N. | 7100-000 | NA | $2,303.74 | $2,303.74 | $0.00 |
| 11 | Portfolio Recovery Associates, Llc | 7100-000 | $0.00 | $2,303.74 | $2,303.74 | $334.50 |
| 12 | Ge Capital Retail Bank | 7100-000 | $0.00 | $4,142.76 | $4,142.76 | $601.52 |
| 12-1 | GE Capital Retail Bank c/o Recovery Management Systems Corporat | 7100-000 | NA | $4,142.76 | $4,142.76 | $0.00 |
| 13-1 | Portfolio Investments II LLC c/o Recovery Management Systems Corporat | 7100-000 | NA | $450.31 | $450.31 | $0.00 |
| 13 | Portfolio Investments Ii Llc | 7100-000 | $0.00 | $450.31 | $450.31 | $65.39 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | $0.00 | $113,741.92 | $113,741.92 | $8,257.67 |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:      1

**Case No.:**   12-39487

**Case Name:**   ALCANTARA, CLEMENTE
ALCANTARA, BLANCA

**For Period Ending:**   09/29/2015

**Trustee Name:**   (330580) David R. Brown

**Date Filed (f) or Converted (c):**   10/04/2012 (f)

**§ 341(a) Meeting Date:**   12/11/2012

**Claims Bar Date:**   04/11/2014

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property Formally**<br>**Abandoned**<br>**OA=§554(a) abandon.** | **Sale/Funds**<br>**Received by the**<br>**Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 7829 Hiawatha parkway Wood Ridge Il 60517<br>FMV on Amended Schedule is $166,425 | 172,046.00 | 0.00 | | 0.00 | FA |
| 2 | 2409 Spring St Apt 4801 Wood Ridge Illinois 6051<br>FMV on Amended Schedule is $79,000 | 69,804.00 | 0.00 | | 0.00 | FA |
| 3 | 2437 Spring St # 4104 Wood Ridge Illinois 60517<br>FMV on Amended Schedule is $106,000 | 74,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2560 Waterburry Dr # 1803 Wood Ridge Illinois 60<br>FMV on Amended Schedule is $77,000 | 73,035.00 | 0.00 | | 0.00 | FA |
| 5 | 2548 Waterburry Dr #1803 Wood Ridge Illinois 605 | 73,035.00 | 0.00 | | 0.00 | FA |
| 6 | 2304 Apache Woodridge, IL<br>FMV on Amended Schedule is $206,062 | 206,062.00 | 0.00 | | 0.00 | FA |
| 7 | Fifth Third Bank Account 9037 | 1,267.00 | 0.00 | | 0.00 | FA |
| 8 | Furniture | 600.00 | 0.00 | | 0.00 | FA |
| 9 | All clothes | 700.00 | 0.00 | | 0.00 | FA |
| 10 | 2000 Ford Explorer | 3,981.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page:      2

**Case No.:**   12-39487

**Case Name:**   ALCANTARA, CLEMENTE
ALCANTARA, BLANCA

**For Period Ending:**   09/29/2015

**Trustee Name:**   (330580) David R. Brown

**Date Filed (f) or Converted (c):**   10/04/2012 (f)

**§ 341(a) Meeting Date:**   12/11/2012

**Claims Bar Date:**   04/11/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | 2004 Ford Explorer | 5,568.00 | 0.00 | | 0.00 | FA |
| 12 | 2413 Spring Road, Unit 2701, Woodridge, IL (u) | 60,000.00 | 60,000.00 | | 42,500.00 | FA |
| 13 | Post-Petition Interest Deposits (u) | Unknown | Unknown | | 0.00 | Unknown |
| | **Assets     Totals**     (Excluding unknown values) | **$740,098.00** | **$60,000.00** | | **$42,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee awaiting tax returns to be prepared and filed. [MSpringer 2013-10-08 18:15:50]

**Initial Projected Date Of Final Report (TFR):**      06/30/2014

**Current Projected Date Of Final Report (TFR):**      03/10/2015

**UST Form 101-7-TDR ( 10 /1/2010)**

Exhibit 9

## Form 2

Page:        3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 12-39487 |
| **Case Name:** | ALCANTARA, CLEMENTE<br>ALCANTARA, BLANCA |
| **Taxpayer ID #:** | **-***0585 |
| **For Period Ending:** | 09/29/2015 |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account #:** | **********7522 Checking |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/30/2013 | | First American Title Ins. Company | sale of real estate | | 20,698.60 | | 20,698.60 |
| | {12} | First American Title Ins. Company | sale of real estate<br>$42,500.00 | 1210-000 | | | 20,698.60 |
| | | First American Title Ins. Company | sale of real estate<br>-$2,613.84 | 4120-000 | | | 20,698.60 |
| | | First American Title Ins. Company | sale of real estate<br>-$5,000.00 | 4120-000 | | | 20,698.60 |
| | | First American Title Ins. Company | sale of real estate<br>-$1,620.00 | 2500-000 | | | 20,698.60 |
| | | First American Title Ins. Company | sale of real estate<br>-$2,076.90 | 4220-000 | | | 20,698.60 |
| | | First American Title Ins. Company | sale of real estate<br>-$2,125.00 | 3510-000 | | | 20,698.60 |

{} Asset Reference(s)        **UST Form 101-7-TDR ( 10 /1/2010)**                                                                 *! - transaction has not been cleared*

Exhibit 9

## Form 2

Page:        4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 12-39487 |
| **Case Name:** | ALCANTARA, CLEMENTE<br>ALCANTARA, BLANCA |
| **Taxpayer ID #:** | **-***0585 |
| **For Period Ending:** | 09/29/2015 |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account #:** | **********7522 Checking |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | First American Title Ins. Company | sale of real estate<br><br>-$171.25 | 2820-000 | | | 20,698.60 |
| | | First American Title Ins. Company | sale of real estate<br><br>-$8,194.41 | 6820-000 | | | 20,698.60 |
| 02/04/2014 | 1001 | INTERNATIONAL SURETIES, LTD. | bond premium | 2300-000 | | 30.00 | 20,668.60 |
| 02/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 28.78 | 20,639.82 |
| 03/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 27.73 | 20,612.09 |
| 04/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 30.64 | 20,581.45 |
| 05/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 29.61 | 20,551.84 |
| 06/06/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 30.55 | 20,521.29 |

*{} Asset Reference(s)*        **UST Form 101-7-TDR ( 10 /1/2010)**        *! - transaction has not been cleared*

Exhibit 9

## Form 2

Page:     5

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 12-39487 | |
| **Case Name:** | ALCANTARA, CLEMENTE<br>ALCANTARA, BLANCA | |
| **Taxpayer ID #:** | **-***0585 | |
| **For Period Ending:** | 09/29/2015 | |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account #:** | **********7522 Checking |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/08/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 29.52 | 20,491.77 |
| 08/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 30.47 | 20,461.30 |
| 09/08/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 30.42 | 20,430.88 |
| 10/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 29.40 | 20,401.48 |
| 11/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 30.33 | 20,371.15 |
| 12/05/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 29.31 | 20,341.84 |
| 01/08/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 30.24 | 20,311.60 |
| 02/06/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 30.20 | 20,281.40 |
| 02/11/2015 | 1002 | ARTHUR B. LEVINE COMPANY | bond No. 10BSBGR6291 | 2300-000 | | 12.00 | 20,269.40 |

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9

## Form 2

Page:        6

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 12-39487 | |
| **Case Name:** | ALCANTARA, CLEMENTE<br>ALCANTARA, BLANCA | |
| **Taxpayer ID #:** | **-***0585 | |
| **For Period Ending:** | 09/29/2015 | |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account #:** | **********7522 Checking |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/06/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 27.23 | 20,242.17 |
| 04/17/2015 | | The Bank of New York Mellon | Transfer to Rabobank, N.A. | 9999-000 | | 20,242.17 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **COLUMN TOTALS** | | 20,698.60 | 20,698.60 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | 20,242.17 | |
| **Subtotal** | | 20,698.60 | 456.43 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $20,698.60 | $456.43 | |

*{ } Asset Reference(s)*        **UST Form 101-7-TDR ( 10 /1/2010)**        *! - transaction has not been cleared*

Exhibit 9

## Form 2

Page:     7

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 12-39487 | |
| **Case Name:** | ALCANTARA, CLEMENTE<br>ALCANTARA, BLANCA | |
| **Taxpayer ID #:** | **-***0585 | |
| **For Period Ending:** | 09/29/2015 | |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5466 Checking Account |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/17/2015 | | Rabobank, N.A. | Transfer from The Bank of New York Mellon | 9999-000 | 20,242.17 | | 20,242.17 |
| 06/10/2015 | 10101 | DAVID R. BROWN | Dividend paid 100.00% on $5,000.00 \| Claim # FEE \| Filed: $5,000.00 | 2100-000 | | 5,000.00 | 15,242.17 |
| 06/10/2015 | 10102 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $6,984.50 \| Filed: $6,984.50 | 3110-000 | | 6,984.50 | 8,257.67 |
| 06/10/2015 | 10103 | DISCOVER BANK | Dividend paid 14.52% on $3,238.78 \| Claim # 1 \| Filed: $3,238.78 | 7100-000 | | 470.27 | 7,787.40 |
| 06/10/2015 | 10104 | DISCOVER BANK | Dividend paid 14.52% on $8,309.85 \| Claim # 2 \| Filed: $8,309.85 | 7100-000 | | 1,206.59 | 6,580.81 |
| 06/10/2015 | 10105 | Ecast Settlement Corporation, Assig | Dividend paid 14.52% on $4,598.97 \| Claim # 3 \| Filed: $4,598.97 | 7100-000 | | 667.77 | 5,913.04 |
| 06/10/2015 | 10106 | Ecast Settlement Corporation, Assig | Dividend paid 14.52% on $5,395.13 \| Claim # 4 \| Filed: $5,395.13 | 7100-000 | | 783.37 | 5,129.67 |
| 06/10/2015 | 10107 | Bureaus Investment Group Portfolio | Dividend paid 14.52% on $1,021.05 \| Claim # 5 \| Filed: $1,021.05 | 7100-000 | | 148.26 | 4,981.41 |

Exhibit 9

## Form 2

Page:        8

## Cash Receipts And Disbursements Record

| **Case No.:** | 12-39487 | **Trustee Name:** | David R. Brown (330580) |
|---|---|---|---|
| **Case Name:** | ALCANTARA, CLEMENTE<br>ALCANTARA, BLANCA | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***0585 | **Account #:** | ******5466 Checking Account |
| **For Period Ending:** | 09/29/2015 | **Blanket Bond (per case limit):** | $77,173,558.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/10/2015 | 10108 | Fifth Third Bank | Dividend paid 14.52% on $5,420.09 \| Claim # 6 \| Filed: $5,420.09 | 7100-000 | | 787.00 | 4,194.41 |
| 06/10/2015 | 10109 | Jh Portfolio Debt Equities Llc | Dividend paid 14.52% on $2,083.51 \| Claim # 7 \| Filed: $2,083.51 | 7100-000 | | 302.53 | 3,891.88 |
| 06/10/2015 | 10110 | PORTFOLIO RECOVERY ASSOCIATES, LLC | Dividend paid 14.52% on $9,828.75 \| Claim # 8 \| Filed: $9,828.75 | 7100-000 | | 1,427.14 | 2,464.74 |
| 06/10/2015 | 10111 | Portfolio Recovery Associates, Llc | Dividend paid 14.52% on $6,688.02 \| Claim # 9 \| Filed: $6,688.02 | 7100-000 | | 971.10 | 1,493.64 |
| 06/10/2015 | 10112 | Portfolio Recovery Associates, Llc | Dividend paid 14.52% on $3,390.00 \| Claim # 10 \| Filed: $3,390.00 | 7100-000 | | 492.23 | 1,001.41 |
| 06/10/2015 | 10113 | Portfolio Recovery Associates, Llc | Dividend paid 14.52% on $2,303.74 \| Claim # 11 \| Filed: $2,303.74 | 7100-000 | | 334.50 | 666.91 |
| 06/10/2015 | 10114 | Ge Capital Retail Bank | Dividend paid 14.52% on $4,142.76 \| Claim # 12 \| Filed: $4,142.76 | 7100-000 | | 601.52 | 65.39 |
| 06/10/2015 | 10115 | Portfolio Investments Ii Llc | Dividend paid 14.52% on $450.31 \| Claim # 13 \| Filed: $450.31 | 7100-000 | | 65.39 | 0.00 |

Exhibit 9

# Form 2

Page:        9

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 12-39487 | **Trustee Name:** David R. Brown (330580) |
| **Case Name:** | ALCANTARA, CLEMENTE<br>ALCANTARA, BLANCA | **Bank Name:** Rabobank, N.A. |
| **Taxpayer ID #:** | **-***0585 | **Account #:** ******5466 Checking Account |
| **For Period Ending:** | 09/29/2015 | **Blanket Bond (per case limit):** $77,173,558.00 |
| | | **Separate Bond (if applicable):** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | | 20,242.17 | 20,242.17 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 20,242.17 | 0.00 | |
| | | Subtotal | | | 0.00 | 20,242.17 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $0.00 | $20,242.17 | |

*{} Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

Exhibit 9

## Form 2

Page:   10

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 12-39487 |
| **Case Name:** | ALCANTARA, CLEMENTE ALCANTARA, BLANCA |
| **Taxpayer ID #:** | **-***0585 |
| **For Period Ending:** | 09/29/2015 |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5466 Checking Account |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| **********7522 Checking | $20,698.60 | $456.43 | $0.00 |
| ******5466 Checking Account | $0.00 | $20,242.17 | $0.00 |
| | **$20,698.60** | **$20,698.60** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)